IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOLORES AGUILAR, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-4383 |
| | § | |
| AIG GLOBAL INVESTMENT | § | |
| CORPORATION, | § | |
|     Defendant. | § | |

## DISMISSAL ORDER

It is hereby **ORDERED** that Plaintiffs' Motion to Dismiss [Doc. # 18] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.**

SIGNED at Houston, Texas, this **21**st day of **February, 2007**.

_____
Nancy F. Atlas
United States District Judge